

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00242-CR

| | | |
|---|---|---|
| TIMOTHY LYNN BURRELL, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1539602R) |
| V. | § | August 28, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect the statute for the offense as article 62.102 of the Texas Code of Criminal Procedure. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
    Justice Dabney Bassel